**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

NELSON FERNANDEZ Case No. 0:24-cv-62041- SMITH

*Plaintiff*

v.

FARINAROSARIGASINA LLC, d/b/a
DI FARINA, a Florida limited
liability company,

*Defendant* /

**JOINT NOTICE OF SETTLEMENT**

Plaintiff NELSON FERNANDEZ and Defendant FARINAROSARIGASINA LLC, (hereinafter referred to as the “Parties”), by and through their undersigned counsel, hereby notify the Court that the Parties have reached a settlement and request that they be given forty five (45) days in which to finalize their settlement agreement and file a Stipulation of Dismissal with Prejudice and a consent decree Based on the foregoing, the Parties respectfully request that all current deadlines be suspended or cancelled, pending filing the dismissal document and consent decree in this case.

Date: December 11, 2024 Respectfully submitted,

*Counsel for Plaintiff*
NELSON FERNANDEZ

*/s/ Roderick V. Hannah, Esq.*
**Roderick V. Hannah, Esq.**
FBN: 435384
**RODERICK V. HANNAH, ESQ., P.A.**
4800 N Hiatus Rd
Sunrise, FL 33351-7919

T – 954-632-3800
C- 954-895-3402
F – 954-362-3779
rhannah@rhannahlaw.com

*Counsel for Defendant*
FARINAROSARIGASINA LLC

*/s/ Tara E. Faenza, Esq.*
**Tara E. Faenza, Esq.**
FBN: 106928
**PATHMAN LAW, LLC**
One Biscayne Tower, Suite 2400
2 South Biscayne Boulevard
Miami, FL 33131
T - 305-379-2425
C- 786-376-2272
F - 305-379-2420
tfaenza@pathmanlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this December 11, 2024 a copy of the foregoing was served on all counsel of record identified on the Service List below via CM/ECF.

*/s/ Tara E. Faenza, Esq.*
**PATHMAN LAW, LLC**
Tara E. Faenza, Esq.
FBN: 106928

## Service List

**Roderick V. Hannah, Esq.**
Florida Bar No.: 435384
RODERICK V. HANNAH, ESQ., P.A.
4800 N HIATUS RD
SUNRISE, FL 33351-7919
Telephone No.: (954) 362-3800
Telefax No.: (954) 362-3779
Email: rhannah@rhannahlaw.com
*Counsel for Plaintiff*

**Pelayo M. Duran, Esq.**
Florida Bar No.: 0146595
LAW OFFICE OF PELAYO DURAN, P.A.
4640 NW 7TH STREET
MIAMI, FL 33126-2309
Telephone No.: (305) 266-9780
Telefax No.: (305) 269-8311
Email: duranandassociates@gmail.com
*Co-Counsel for Plaintiff*