**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-62041-CIV-SMITH**

NELSON FERNANDEZ,

Plaintiff,

vs.

FARINAROSARIGASINA LLC,

Defendant.
_______________________________/

**ORDER GRANTING MOTION TO APPROVE CONSENT DECREE**

This matter is before the Court on the parties' Joint Motion for Approval and Entry of Consent Decree and to Dismiss Action with Prejudice [DE 19]. Upon consideration, it is

**ORDERED** that:

1. The parties' Joint Motion for Approval and Entry of Consent Decree and to Dismiss Action with Prejudice [DE 19] is **GRANTED:**

   a. The Court approves the Consent Decree and in doing so specifically adopts it and makes it an Order of the Court;

   b. The provisions of this Consent Decree shall be binding upon the Parties;

   c. This Consent Decree is for settlement purposes only and does not constitute an admission by Defendant of any of the allegations contained in the Complaint or any other pleading in this Action, nor does it constitute any finding of liability against Defendant;

   d. The Court's jurisdiction over this matter shall continue for 36 months; and

e. This Consent Decree shall be deemed as adjudicating, once and for all, the merits of each and every claim, matter, and issue that was alleged, or could have been alleged by Plaintiff in the Action based on, or arising out of, or in connection with, the allegations in the Complaint.

2. This case is **DISMISSED with prejudice.**

3. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 26th day of February, 2025.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All counsel of record.